IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| HILDRED MANUEL LYLES, | ) | |
|---|---|---|
| | ) | 1:25CV67 |
| Petitioner, | ) | 1:91CR232-1 |
| | ) | 2:91CR237-1 |
| v. | ) | 2:91CR238-1 |
| | ) | 2:92CR99-1 |
| UNITED STATES OF AMERICA, | ) | 2:92CR100-1 |
| | ) | 2:92CR229-1 |
| Respondent. | ) | |

## ORDER

On February 10, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms after receiving permission to do so if necessary.

/s/ Thomas D. Schroeder
United States District Judge

March 5, 2025